ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of AMERICAN AGRICULTURIST, INC., and Others, for a Mandamus Order against Hon. CHARLES L. GUY, Formerly a Justice of the Supreme Court, New York County.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM PASTERNAK, an Infant, etc., v. PATRICK McGOVERN, INC.— Motion granted on condition that motions for leave to appeal to the Court of Appeals be promptly prosecuted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS KURTZMAN v. LOUIS COHEN, as President, etc.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM SCHWINGER v. ANNE H. SCHWINGER, Also Known as ANNE H. SPEAR. WILLIAM SCHWINGER v. ANNE H. SPEAR, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM SCHWINGER v. ANNE H. SCHWINGER, Also Known as ANNE H. SPEAR. — Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE EASTERN CONSTRUCTION Co., INC., v. EASTERN ENGINEERING CORPORATION.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of DAVID J. COMINS v. MORRIS WHITE HOLDING COMPANY.— Motion denied and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES A. HEARN & SON, INC., and Others v. LOUIS BERENSON.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ADELLA E. BRANDWIN v. BONWIT TELLER & COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of MAURICE S. CALMAN for Admission to the Bar.— Application denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

COLUMBUS SPA, a Corporation, v. STAR COMPANY, a Corporation.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NUNZIO LoDRAGO, an Infant, etc., v. CASPER HELBOCK Co., INC., Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of PHILIP RICHMAN for an Order Directing that Arbitration Proceed between PHILIP RICHMAN, Respondent, and FREDERICK FARAONE and Another, Appellants.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THALIA STAMATIADES, as Administratrix, etc., v. JOHN DOUNOUCOS.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THALIA STAMATIADES, as Administratrix, etc., v. JOHN DOUNOUCOS.— Motion